AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Kimberly C. Splond

                      Plaintiff,

V.

Carolyn W. Colvin
Acting Commissioner of Social Security

                      Defendant.

**JUDGMENT IN A CIVIL CASE**
for Attorney's Fees

Case Number: 2:13-cv-00805-MMD-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiff's attorney's Motion for an Award of Attorney's fees is GRANTED in that counsel is awarded $6,582.75.

7/6/2015
Date

/s/ Lance S. Wilson
Clerk

/s/ Patti Smythe
(By) Deputy Clerk