# UNITED STATES DISTRICT COURT

DISTRICT OF **Nevada**

Kimberly Splond,

                Plaintiff,

      V.

Carolyn Colvin, Acting Commissioner of Social Security

                Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-cv-805-MMD-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that the Stipulation (dkt. no. 14) is granted, awarding Plaintiff with $7,500.00 attorney fees under the Equal Access to Justice Act, 28 USC 2412(d). (See Order, dkt. no. 24)

June 10, 2015

Date

/s/ Lance S. Wilson

Clerk

/s/ Peggie Vannozzi

(By) Deputy Clerk